**United States District Court**

For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    GUY KEVIN ROWLAND,

                      Petitioner,
11

12           v.                                    NO. C 94-3037 SBA

13    MICHAEL MARTEL, Acting Warden        ORDER GRANTING
      of California State Prison at San     PETITIONER'S MOTION FOR
14    Quentin,                              EXTENSION OF TIME TO FILE
                                            OPPOSITION TO RESPONDENT'S
15                    Respondent.           MOTION FOR SUMMARY
                                            JUDGMENT
16

17

18

19           The Court has considered petitioner's unopposed motion for an extension of time until

20    February 28, 2012, to file an opposition to respondent's motion for summary judgment.  Good cause

21    appearing, petitioner's request is granted.  Respondent shall file a reply by March 28, 2012.

22           **IT IS SO ORDERED.**

23    **DATED:**  9/22/11

24                                    _____
                                      **SAUNDRA BROWN ARMSTRONG**
25                                    **United States District Judge**

26

27

28